# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADRINA BAGHUMYAN. an individual,,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION dba COSTCO, and DOES 1 to 50, Inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-09881-AB (JEMx)<br>[Assigned to the Hon. Andre Birotte, Jr., Courtroom 7B]<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>**Action filed:**　08/03/21<br>**Trial date:**　　01/31/23 |

GOOD CAUSE APPEARING, the Court hereby approved this STIPULATED PROTECTIVE ORDER.

IT IS SO ORDERED.

DATED: June 27, 2022

　　　　　　　　　　　　　　　　_/s/ John E. McDermott_
　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　JOHN E. McDERMOTT

4891-0255-3125.1

**[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER**